UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>A&D MEDICAL COMPANY, LIMITED,<br><br>  Defendant. | Case No. 21-cv-09595-WHO<br><br>**JUDGMENT** |

Judgment in this case is hereby entered in accordance with the joint stipulation filed by the parties. *See* Dkt. No. 19.

**IT IS SO ORDERED.**

Dated: March 21, 2022

William H. Orrick
United States District Judge